UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JOSEPH PEREIRA,<br><br>Petitioner,<br><br>v.<br><br>GARY SWARTHOUT, Warden,<br><br>Respondent. | No. 2:14-cv-0530 LKK AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner, a state prisoner proceeding pro se pursuant to 28 U.S.C. § 2254, seeks a stay to permit exhaustion of his unexhausted claims.  Petitioner is serving a sentence of six years and six months following his 2012 conviction in Sacramento County Superior Court for second degree robbery, attempted carjacking, being a felon in possession of a firearm and resisting arrest. Petition (ECF No. 1) at 1.  Petitioner challenges his conviction and sentence on nine grounds.  Id. at 5-9, 16-21.  The petition expressly acknowledges that only ground four is exhausted, and that petitioner's other eight claims have not been exhausted in state court.  Id. at 10, 12.

Petitioner has been apprised of the alternatives for proceeding in this matter.  See Order filed on April 4, 2014, ECF No. 11.  Petitioner was informed that a stay pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003), which does not require a showing of good cause, does not guarantee the timeliness of claims that are exhausted in the future and then re-presented to this court.  Id. (citing King v.Ryan, 564 F.3d 1133 (9th Cir. 2009)).  Petitioner has nonetheless

1

requested that he be granted a <u>Kelly</u> stay. ECF No. 12.[1] The <u>Kelly</u> procedure requires that unexhausted claims be deleted from the petition so that the court may stay proceedings on the resulting, fully-exhausted petition while petitioner returns to state court.

To promote judicial economy and efficiency, the court will not require that petitioner file a petition containing exhausted claims only. Instead, the court will recommend that grounds 1 through 3 and 5 through 9 be deemed stricken from the petition.

Accordingly, IT IS RECOMMENDED that:

1. Grounds 1 through 3 and 5 through 9 be deemed stricken from the original petition;

2. Petitioner's request for a stay and abeyance (ECF No. 12) be granted;

3. The petition, containing only ground 4, be stayed pursuant to <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2003) and <u>King v. Ryan</u>, 564 F.3d 1133 (9th Cir. 2009);

4. Upon receiving the ruling of the California Supreme Court exhausting petitioner's as-yet unexhausted grounds, petitioner be required, within thirty days thereafter:

    a) to inform this court of any such ruling and to request the stay be lifted; and

    b) to file an amended federal petition containing all of his exhausted claims.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 28, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Petitioner's April 14, 2014 request for reconsideration of the portion of the April 4th order denying his request for appointment of counsel, ECF No. 12, is pending before the District Judge.