UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD JOSEPH PEREIRA,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT,<br><br>    Respondent. | No. 2:14-cv-0530 KJM AC P<br><br><br>ORDER |

    Petitioner is a state prisoner proceeding pro se on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a request for status in which he requests the status of his case and the case number because he no longer has his legal paperwork. ECF No. 17. He also requests a copy of the petition. Id.

    On June 4, 2014, the court struck Grounds 1 through 3 and 5 through 9 from the petition and stayed the petition, which now contains only Ground 4. ECF No. 15. The stay was granted to allow petitioner to exhaust his unexhausted claims in state court. Id. Petitioner was ordered to notify this court of any ruling from the California Supreme Court exhausting his then unexhausted claims within thirty days of a ruling from the California Supreme Court. Id. At that time he was also to request the stay be lifted and file an amended petition. Id. Although it appears that petitioner's request for status is simply a request for his case information, his claim that he has not received any updates indicates that he may have previously attempted to notify the

court of the status of his attempts to exhaust his claims in state court. Therefore, within thirty days of this order, petitioner must file a status report advising the court of the status of his efforts to exhaust his state court remedies. With respect to petitioner's request for a copy of the petition, the Clerk of the Court has previously provided him with instructions on obtaining copies from the court. See Docket Entry for ECF No. 17.

Accordingly, IT IS HEREBY ORDERED that petitioner shall file a case status report within thirty days of the filing of this order. The status report must advise the court of the status of petitioner's efforts to exhaust his state court remedies, including the dates that any state court petitions were filed and the dates (if any) they were decided. If petitioner has not exhausted his previously unexhausted claims, he should also advise whether he is still pursuing state court remedies or whether he seeks to lift the stay and proceed on Ground 4 of the original complaint only.

DATED: October 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE